UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RUSSELL G, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-02785-DLP-TWP ) |
| ANDREW M. SAUL Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

## **J**UDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby **ENTERS JUDGMENT** in favor of the Plaintiff, **REVERSES** the Commissioner's decision, and **REMANDS** this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

So ORDERED.

Date: 9/16/2019

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: *Carrie A. Griffin*
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email